IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 1:11-CR-166 |
| : | |
| v.   : | (Chief Judge Conner) |
| : | |
| **DAMIEN HAMMONDS,** : | |
| : | |
| Defendant  : | |

## ORDER

AND NOW, this 17th day of February, 2017, upon consideration of the motion (Doc. 598) to vacate, set aside, or correct sentence, filed by defendant Damien Hammonds ("Hammonds") pursuant to 28 U.S.C. § 2255, and the parties' respective briefs in support of and opposition to said motion, (Docs. 601-02), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. Hammonds' motion (Doc. 598) to vacate, set aside, or correct sentence is DENIED as to Grounds 1, 2, 4, 5, and 6. The motion is DEFERRED as to Ground 3.

2. Hammonds' motion (Doc. 598) is REFERED to the Federal Public Defender's Officer for investigation of the Johnson claim raised in Ground 3. The Federal Public Defender's Office shall file a supplemental brief responding to the issues identified in the court's memorandum, and addressing any other Johnson-related concerns, on or before **March 3, 2017**.

/S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania