IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:11-CR-166 |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **DAMIEN HAMMONDS (1),** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 24th day of July, 2020, upon consideration of defendant Damien Hammonds' motion (Doc. 673) for compassionate release[1] and reduction of sentence under 18 U.S.C. § 3582(c)(1)(A)(i), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that Hammonds' motion (Doc. 673) is DENIED without prejudice.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania

---

[1] Hammonds' *pro se* filing did not explicitly request compassionate release; rather, Hammonds asked the court to appoint counsel to determine whether he may be eligible for compassionate release. (See Doc. 673). We construe the *pro se* filing as a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).